UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                          Chapter 11
                                                                Case No. 17-77838-ast

40 CARLETON AVENUE CORP.,

                                        Debtor.
-------------------------------------------------------X

## AFFIDAVIT RELATING TO THE PAYMENT
## OF THIRD-PARTY RETAINER

STATE OF NEW YORK)
                                    SS:
COUNTY OF SUFFOLK)

        CHARLES LUCCHETTI being duly sworn, deposes and says under penalties of perjury:

        1.     I am the 100% shareholder of 40 CARLETON AVENUE CORP. (the Debtor ). I submit this Affidavit in support of the Application filed by the Debtor relating to the retention of the Law Offices of Raymond W. Verdi, Jr., Esq., 116 East Main Street, Suite C, Patchogue, NY 11772, phone no: 631-289-2670, Fax No: 631-758-2304 (the Verdi Firm ) as attorneys for the Debtor in this chapter 11 case.

        2.     In order to secure the Verdi Firm s services to the Debtor in this Chapter 11 case, prior to the filing of the chapter 11 case on December 22, 2017, I paid a third-party retainer in the amount of $2,500.00 (plus the filing fee of $1,717.00) to the Verdi Firm toward fees, costs and expenses to be incurred in this Chapter 11 bankruptcy. I further agreed to make an additional third-party payment to the Verdi Firm in satisfaction of the balance of the retainer due in the sum of $1,250.00 by January 15, 2018, which sum has already been duly paid to the Verdi Firm..

        3.     Although I have been advised by the Verdi Firm to consult with my own counsel, I have not retained independent legal counsel regarding the payment of the aforementioned

retainer to the Verdi Firm.

4. I understand that the undivided loyalty of the Verdi Firm is to its client, the above-captioned Debtor.

5. Further, I am not a creditor of the Debtor and do not have any intention of asserting a claim against the Estate of the Debtor for funds advanced for legal fees in this case.

6. Based upon the foregoing, it is my belief that I do not have any adverse interest against the Estate of the Debtor herein, or with any creditor or any other party in interest.

_____
CHARLES LUCCHETTI

Sworn to before me this
29 day of January 2018

_____
Notary Public

RAYMOND W. VERDI, JR
Notary Public, State of New York
No. 02VE5050065
Qualified in Suffolk County
Commission Expires October 2, 2021