**LAW OFFICES OF**
**RAYMOND W. VERDI, JR., PC**
Attorneys at Law
116 East Main Street, Suite C
Patchogue, NY 11772
(631) 289-2670 – tel.
(631) 758-2304 – fax

April 18, 2018

U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722
Attn: Chambers, Hon. Alan S. Trust

        Re: 40 Carleton Avenue Corp.
        Case No. 817-77838-ast

Dear Sirs:

Please allow this letter to confirm that the Status Conference in the above referenced case has been adjourned to June 6, 2018 at 11:30 a.m.

If you have any questions, please feel free to call me.

Very truly yours,

Raymond W. Verdi, Jr.

RWV:sb